| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| 2 | Federal Defender |
|   | MIA CRAGER, #300172 |
| 3 | Assistant Federal Defender |
|   | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
|   | Tel: 916-498-5700/Fax 916-498-5710 |
| 5 | Mia_Crager@fd.org |
| 6 | Attorney for Defendant |
|   | POR JOUA VANG |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:19-cr-00148-WBS |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
|   | ) TO CONTINUE STATUS CONFERENCE |
| vs. | ) |
|   | ) Date: November 12, 2019 |
| POR JOUA VANG, | ) Time: 9:00 a.m. |
|   | ) Judge: William B. Shubb. |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Assistant United States Attorney James Conolly, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney for Por Joua Vang, that the status conference, currently scheduled for November 12, 2019, be continued to December 16, 2019 at 9:00 a.m.

Defense counsel is reviewing discovery with her client and discussing possible resolutions. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective prepration, taking into account the exercise of due diligence.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including December 16, 2019; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation to Continue Status Conference   -1-

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: November 7, 2019

HEATHER E. WILLIAMS
Federal Defender

/s/ *Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
POR JOUA VANG

Dated: November 7, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ *James Conolly*
JAMES CONOLLY
Assistant U.S. Attorney
Attorney for Plaintiff

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including December 16, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the November 12, 2019 status conference shall be continued until December 16, 2019, at 9:00 a.m.

**Dated: November 8, 2019**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE