HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
POR JOUA VANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:19-cr-00148-WBS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| POR JOUA VANG, | Date: December 16, 2019<br>Time:  9:00 a.m.<br>Judge: William B. Shubb. |
| Defendant. | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States

Attorney, through  Assistant United States Attorney James Conolly, attorney for Plaintiff and

Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney

for  Por Joua Vang, that the status conference, currently scheduled for December 16, 2019, be

continued to March 30, 2020 at 9:00 a.m.

Defense counsel is reviwing discovery with her client and discussing possible resolutions.

Counels is also conducting an investigation and is making further discovery requests. Counsel

for defendant believes that failure to grant the above-requested continuance would deny counsel

the reasonable time necessary for effective prepration, taking into account the exercise of due

diligence.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

excluded of this order's date through and including March 30, 2020;  pursuant to 18 U.S.C.

§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: December 13, 2019   HEATHER E. WILLIAMS
Federal Defender

/s/ *Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
POR JOUA VANG

Dated: December 13, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ *James Conolly*
JAMES CONOLLY
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including March 30, 2020, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the  December 16, 2019 status conference shall be continued until March 30, 2020, at 9:00 a.m.

**Dated:  December 13, 2019**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE