HEATHER E. WILLIAMS, #122664
Federal Defender
JEROME PRICE, #282400
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Jerome_Price@fd.org

Attorney for Defendant
POR JOUA VANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:19-cr-00148-WBS |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | ) | |
| POR JOUA VANG, | ) | Date: November 23, 2020<br>Time:  9:00 a.m.<br>Judge: William B. Shubb. |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through  Assistant United States Attorney James Conolly, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Jerome Price, attorney for Por Joua Vang, that the status conference, currently scheduled for November 23, 2020, be continued to February 1, 2020 at 9:00 a.m.

Defense counsel is reviewing discovery with his client and discussing possible resolutions.  Counsel is also conducting an investigation and is making further discovery requests. Counsel anticipates that every aspect of her representation of Mr. Vang will be slowed down because of the present public health crisis (see General Orders 611 and 612). Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the

1 reasonable time necessary for effective preparation, taking into account the exercise of due
2 diligence.
3     Based upon the foregoing, the parties agree time under the Speedy Trial Act should be
4 excluded of this order's date through and including February 1, 2021;  pursuant to 18 U.S.C.
5 §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4
6 based upon continuity of counsel and defense preparation.
7     Counsel and the defendant also agree that the ends of justice served by the Court granting
8 this continuance outweigh the best interests of the public and the defendant in a speedy trial.

                              Respectfully submitted,

Dated: November 18, 2020        HEATHER E. WILLIAMS
                              Federal Defender

                              /s/ *Jerome Price*
                              JEROME PRICE
                              Assistant Federal Defender
                              Attorney for Defendant
                              POR JOUA VANG

Dated: November 18, 2020
                              McGREGOR W. SCOTT
                              United States Attorney

                              /s/ *James Conolly*
                              JAMES CONOLLY
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including February 1, 2021, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the November 23, 2020 status conference shall be continued until February 1, 2021, at 9:00 a.m.

Dated: November 18, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE