HEATHER E. WILLIAMS, #122664
Federal Defender
JEROME PRICE, #282400
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Jerome_Price@fd.org

Attorney for Defendant
POR JOUA VANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:19-cr-00148-WBS |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE |
| vs. | ) |
| | ) Date: February 1, 2021 |
| POR JOUA VANG, | ) Time: 9:00 a.m. |
| | ) Judge: William B. Shubb. |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Assistant United States Attorney James Conolly, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Jerome Price, attorney for Por Joua Vang, that the status conference, currently scheduled for February 1, 2021 be continued to March 15, 2021 at 9:00 a.m.

Defense counsel is reviewing discovery with his client and discussing possible resolutions. Defense counsel is also conducting an investigation and is making further discovery requests. Defense counsel requests more time for attorney preparation in light of the restrictions caused by the COVID-19 pandemic. *See* General Orders 611-618. Defense counsel believes that failure to grant the above-requested continuance would deny counsel the reasonable time

1  necessary for effective preparation, taking into account the exercise of due diligence.

2       Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

3  excluded of this order's date through and including March 15, 2021; pursuant to 18 U.S.C.

4  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

5  based upon continuity of counsel and defense preparation.

6       Counsel and the defendant also agree that the ends of justice served by the Court granting

7  this continuance outweigh the best interests of the public and the defendant in a speedy trial.

                                                             Respectfully submitted,

Dated: January 27, 2021               HEATHER E. WILLIAMS
                                                             Federal Defender

                                                             /s/ *Jerome Price*
                                                            JEROME PRICE
                                                           Assistant Federal Defender
                                                           Attorney for Defendant
                                                           POR JOUA VANG

Dated: January 27, 2021
                                                            McGREGOR W. SCOTT
                                                            United States Attorney

                                                           /s/ *James Conolly*
                                                           JAMES CONOLLY
                                                           Assistant U.S. Attorney
                                                           Attorney for Plaintiff

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including March 15, 2021, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the  February 1, 2021 status conference shall be continued until March 15, 2021, at 9:00 a.m.

**Dated:  January 27, 2021**

*(signature)*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE