HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
POR JOUA VANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>POR JOUA VANG,<br><br>    Defendant. | Case No.  2:19-cr-00148-WBS<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: August 30, 2021<br>Time:  9:00 a.m.<br>Judge: William B. Shubb. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through  Assistant United States Attorney James Conolly, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney for Por Joua Vang, that the status conference, currently scheduled for August 30, 2021, be continued to November 15, 2021 at 9:00 a.m.

Defense counsel is reviewing discovery with her client and discussing possible resolutions.  The assigned investigator at the Federal Defender's Office is about to retire, so counsel is in the process of onboarding a new investigator to continue the investigation in this case.  Counsel also anticipates that every aspect of her representation of Mr. Vang will be slowed down because of the present public health crisis (see General Orders 611 and 612). Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective prepration, taking into account the exercise of due

1  diligence.

2  Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including November 15, 2021; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: August 23, 2021            HEATHER E. WILLIAMS
                                  Federal Defender

                                  /s/ *Mia Crager*
                                  MIA CRAGER
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  POR JOUA VANG

Dated: August 23, 2021

                                  PHILLIP A. TALBERT
                                  Acting United States Attorney

                                  /s/ *James Conolly*
                                  JAMES CONOLLY
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

Stipulation and Order to Continue Status Conference                -2-

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including November 15, 2021, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the August 30, 2021 status conference shall be continued until November 15, 2021, at 9:00 a.m.

Dated: August 24, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE