HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
POR JOUA VANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:19-cr-00148-WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | STATUS CONFERENCE |
| vs. | ) | |
| | ) | Date: April 4, 2022 |
| POR JOUA VANG, | ) | Time:  9:00 a.m. |
| | ) | Judge: William B. Shubb |
| Defendant. | ) | |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

Attorney, through  Assistant United States Attorney James Conolly, attorney for Plaintiff and

Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney

for Por Joua Vang, that the status conference, currently scheduled for April 4, 2022, be continued

to June 27, 2022 at 9:00 a.m.

Defense counsel is reviewing discovery with her client and discussing possible

resolutions.  In person meetings with the client needed to be rescheduled with the recent surge in

COVID-19 cases in the district, but she is again able to meet with her client.  Counsel for

defendant believes that failure to grant the above-requested continuance would deny counsel the

reasonable time necessary for effective preparation, taking into account the exercise of due

diligence.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

-1-

1   excluded of this order's date through and including June 27, 2022;  pursuant to 18 U.S.C. §3161

2   (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based

3   upon continuity of counsel and defense preparation.

4         Counsel and the defendant also agree that the ends of justice served by the Court granting

5   this continuance outweigh the best interests of the public and the defendant in a speedy trial.

6                           Respectfully submitted,

7   Dated: March 30, 2022               HEATHER E. WILLIAMS
                                 Federal Defender

8

9                           /s/ *Mia Crager*
                        MIA CRAGER

10                           Assistant Federal Defender
                        Attorney for Defendant

11                           POR JOUA VANG

12   Dated: March 30, 2022

13                           PHILLIP A. TALBERT
                        United States Attorney

14                           /s/ *James Conolly*
                        JAMES CONOLLY

15                           Assistant U.S. Attorney
                        Attorney for Plaintiff

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

        IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as

its order. The Court specifically finds the failure to grant a continuance in this case would deny

counsel reasonable time necessary for effective preparation, taking into account the exercise of

due diligence.  The Court finds the ends of justice are served by granting the requested

continuance and outweigh the best interests of the public and defendant in a speedy trial.

        The Court orders the time from the date the parties stipulated, up to and including June

27, 2022, shall be excluded from computation of time within which the trial of this case must be

commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv)

[reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further

ordered the  April 4, 2022 status conference shall be continued until June 27, 2022, at 9:00 a.m.

**Dated:  March 30, 2022**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE