HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
POR JOUA VANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:19-cr-00148-WBS |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **CONTINUE STATUS CONFERENCE AND** |
| vs. | ) | **EXCLUDE TIME** |
| | ) | |
| POR JOUA VANG, | ) | Date: June 27, 2022 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: William B. Shubb |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

Attorney, through  Assistant United States Attorney James Conolly, attorney for Plaintiff and

Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney

for Por Joua Vang, that the status conference, currently scheduled for June 27, 2022, be

continued to September 19, 2022 at 9:00 a.m.

Defense counsel is reviewing discovery with her client and discussing possible

resolutions.  Defense counsel recently added a new investigator to the case who is conducting an

investigation and has several upcoming interviews planned.  Counsel for defendant believes that

failure to grant the above-requested continuance would deny counsel the reasonable time

necessary for effective preparation, taking into account the exercise of due diligence.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

excluded of this order's date through and including September 19, 2022;  pursuant to 18 U.S.C.

-1-

1   §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

2   based upon continuity of counsel and defense preparation.

3          Counsel and the defendant also agree that the ends of justice served by the Court granting

4   this continuance outweigh the best interests of the public and the defendant in a speedy trial.

5

6                                          Respectfully submitted,

7   Dated: June 22, 2022                   HEATHER E. WILLIAMS
                                           Federal Defender
8
                                           /s/ Mia Crager
9                                          MIA CRAGER
                                           Assistant Federal Defender
10                                         Attorney for Defendant
                                           POR JOUA VANG
11

12  Dated: June 22, 2022

13                                         PHILLIP A. TALBERT
                                           United States Attorney
14
                                           /s/ James Conolly
15                                         JAMES CONOLLY
                                           Assistant U.S. Attorney
16                                         Attorney for Plaintiff

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order to Continue                    -2-
Status Conference

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'
stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as
its order. The Court specifically finds the failure to grant a continuance in this case would deny
counsel reasonable time necessary for effective preparation, taking into account the exercise of
due diligence.  The Court finds the ends of justice are served by granting the requested
continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including
September 19, 2022, shall be excluded from computation of time within which the trial of this
case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A)
and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It
is further ordered the  June 27, 2022 status conference shall be continued until September 19,
2022, at 9:00 a.m.

Dated:  June 22, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE