HEATHER E. WILLIAMS, #122664
Federal Defender
JEROME PRICE, #282400
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
POR JOUA VANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00148-WBS |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | |
| POR JOUA VANG, | Date: December 5, 2022 |
| Defendant. | Time: 9:00 a.m.<br>Judge: William B. Shubb |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney James Conolly, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Jerome Price, attorney for Por Joua Vang, that the status conference, currently scheduled for December 5, 2022, be continued to February 6, 2023 at 9:00 a.m.

Defense counsel is reviewing discovery with his client and discussing possible resolutions. The defense investigator continues to conduct interviews. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including February 6, 2023; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

Stipulation and [Proposed] Order to Continue
Status Conference

-1-

based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: November 30, 2022         HEATHER E. WILLIAMS
                                 Federal Defender

                                 /s/ *Jerome Price*
                                 JEROME PRICE
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 POR JOUA VANG

Dated: November 30, 2022
                                 PHILLIP A. TALBERT
                                 United States Attorney

                                 /s/ *James Conolly*
                                 JAMES CONOLLY
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including February 6, 2023, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the  December 5, 2022 status conference shall be continued until February 6, 2023, at 9:00 a.m.

Dated:  November 30, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE