1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  JEROME PRICE, #282400
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   Mia_Crager@fd.org
5
   Attorney for Defendant
6  POR JOUA VANG

7                 IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,          )  Case No.  2:19-cr-00148-WBS
                                      )
11         Plaintiff,                 )  **STIPULATION AND ORDER TO**
                                      )  **CONTINUE STATUS CONFERENCE AND**
12      vs.                           )  **EXCLUDE TIME**
                                      )
13 POR JOUA VANG,                     )  Date: February 6, 2023
                                      )  Time:  9:00 a.m.
14         Defendant.                 )  Judge: William B. Shubb
                                      )
15 _____    )

16      IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

17 Attorney, through  Assistant United States Attorney James Conolly, attorney for Plaintiff and

18 Federal Defender Heather E. Williams through Assistant Federal Defender Jerome Price,

19 attorney for Por Joua Vang, that the status conference, currently scheduled for February 6, 2023,

20 be continued to April 17, 2023 at 9:00 a.m.

21      Defense counsel is reviewing discovery with his client and discussing possible

22 resolutions.  Defense investigator continues to conduct interviews and mitigation investigation,

23 including a potential competency evaluation, that may assist in resolution. Counsel for defendant

24 believes that failure to grant the above-requested continuance would deny counsel the reasonable

25 time necessary for effective preparation, taking into account the exercise of due diligence.

26      Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

27 excluded of this order's date through and including April 17, 2023;  pursuant to 18 U.S.C. §3161

28

   Stipulation and Order to Continue Status            -1-
   Conference

1    (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based

2    upon continuity of counsel and defense preparation.

3         Counsel and the defendant also agree that the ends of justice served by the Court granting

4    this continuance outweigh the best interests of the public and the defendant in a speedy trial.

5

6                                                    Respectfully submitted,

7    Dated: February 1, 2023                         HEATHER E. WILLIAMS
                                                      Federal Defender
8

9                                                    /s/ *Jerome Price*
                                                      JEROME PRICE
10                                                   Assistant Federal Defender
                                                      Attorney for Defendant
11                                                   POR JOUA VANG

12   Dated: February 1, 2023
                                                      PHILLIP A. TALBERT
13                                                   United States Attorney

14                                                   /s/ *James Conolly*
                                                      JAMES CONOLLY
15                                                   Assistant U.S. Attorney
                                                      Attorney for Plaintiff

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order to Continue Status                    -2-
Conference

1

## **ORDER**

2      IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3   stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as

4   its order. The Court specifically finds the failure to grant a continuance in this case would deny

5   counsel reasonable time necessary for effective preparation, taking into account the exercise of

6   due diligence.  The Court finds the ends of justice are served by granting the requested

7   continuance and outweigh the best interests of the public and defendant in a speedy trial.

8      The Court orders the time from the date the parties stipulated, up to and including April

9   17, 2023, shall be excluded from computation of time within which the trial of this case must be

10  commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv)

11  [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further

12  ordered the  February 6, 2023 status conference shall be continued until April 17, 2023, at 9:00

13  a.m.

14  Dated:  February 1, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order to Continue Status
Conference