1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  MIA CRAGER, SBN 300172
   Assistant Federal Defenders
3  Designated Counsel for Service
   801 I Street, Third Floor
4  Sacramento, CA 95814
   T: (916) 498-5700
5
   Attorneys for Defendant
6  POR VANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:19-CR-148-WBS |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER TO AMEND CONDITIONS OF RELEASE** |
| v. | ) |
| POR VANG, | ) Judge: Hon. Jeremy D. Peterson |
| Defendant. | ) |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney James Conolly, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Mia Crager, counsel for Mr. Vang, as follows:

Background

Mr. Vang was released on Pretrial Supervision in August 2019. Since that time he has been subject to random drug testing as a condition of his pretrial release. *See* Dkt. 16 Condition no. 9. On March 3, 2023, Mr. Vang's Pretrial Services Officer reached out to the government attorney and defense counsel indicating that Mr. Vang has been complaint with this condition and has tested clean since 2019. Based on this track record, the defendant and Pretrial believe that the drug testing condition is no longer necessary.

<u>Stipulation</u>

With the agreement of Pretrial Services, the defense requests that Special Condition 9 (Dkt. 16) be vacated. Condition 10 reads as follows:

> You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer[.]

Based on the Pretrial Services Officer's representations regarding Mr. Vang's compliance with his drug testing condition, the government does not object.

                                           Respectfully submitted,

                                           HEATHER E. WILLIAMS
                                           Federal Defender

Date: March 7, 2023                           */s/ Mia Crager*
                                           MIA CRAGER
                                           Assistant Federal Defender
                                           Attorneys for Defendant
                                           POR VANG

Date: March 7, 2023                           PHILLIP A. TALBERT
                                           United States Attorney

                                           */s/ James Conolly*
                                           JAMES CONOLLY
                                           Assistant United States Attorney
                                           Attorney for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Condition number 9 of the Special Conditions of Release (Dkt. 16) is hereby vacated.

IT IS SO ORDERED.

Dated: March 7, 2023

_____
HON. JEREMY D. PETERSON
United States Magistrate Judge