HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
POR JOUA VANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> POR JOUA VANG, <br><br> Defendant. | Case No. 2:19-cr-00148-WBS <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** <br><br> Date: April 17, 2023 <br> Time: 9:00 a.m. <br> Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney James Conolly, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney for Por Joua Vang, that the status conference, currently scheduled for April 17, 2023, be continued to July 31, 2023 at 9:00 a.m.

The defense has an evaluation scheduled for Mr. Vang in May and a report is expected to be available in mid-July. Defense counsel will need time to review the report, consult with her expert and consult with her client about how the evaluation affects his case. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

Stipulation and Order to Continue Status Conference

-1-

excluded of this order's date through and including July 31, 2023; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code A and T4 based upon time to complete an examination and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: April 12, 2023                HEATHER E. WILLIAMS
                                     Federal Defender

                                     /s/ *Mia Crager*
                                     MIA CRAGER
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     POR JOUA VANG

Dated: April 12, 2023
                                     PHILLIP A. TALBERT
                                     United States Attorney

                                     /s/ *James Conolly*
                                     JAMES CONOLLY
                                     Assistant U.S. Attorney
                                     Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including July 31, 2023, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code A and T4). It is further ordered the April 17, 2023 status conference shall be continued until July 31, 2023, at 9:00 a.m.

Dated:  April 12, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE