HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
POR JOUA VANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:19-cr-00148-WBS |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **CONTINUE STATUS CONFERENCE AND** |
| vs. | ) | **EXCLUDE TIME** |
| | ) | |
| POR JOUA VANG, | ) | Date: July 31, 2023 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: Hon. William B. Shubb |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

Attorney, through  Assistant United States Attorney James Conolly, attorney for Plaintiff and

Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney

for Por Joua Vang, that the status conference, currently scheduled for July 31, 2023, be

continued to October 16, 2023 at 9:00 a.m.

The defense is retaining an expert in regards to competency and needs further time to

consult with the expert and her client.  Counsel for defendant believes that failure to grant the

above-requested continuance would deny counsel the reasonable time necessary for effective

preparation, taking into account the exercise of due diligence.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

excluded of this order's date through and including October 16, 2023;  pursuant to 18 U.S.C.

§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code A

and T4 based upon time to complete an examination and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: July 26, 2023                  HEATHER E. WILLIAMS
                                      Federal Defender

                                      /s/ Mia Crager
                                      MIA CRAGER
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      POR JOUA VANG

Dated: July 26, 2023

                                      PHILLIP A. TALBERT
                                      United States Attorney

                                      /s/ James Conolly
                                      JAMES CONOLLY
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

1

## **ORDER**

2    IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3    stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as

4    its order. The Court specifically finds the failure to grant a continuance in this case would deny

5    counsel reasonable time necessary for effective preparation, taking into account the exercise of

6    due diligence.  The Court finds the ends of justice are served by granting the requested

7    continuance and outweigh the best interests of the public and defendant in a speedy trial.

8    The Court orders the time from the date the parties stipulated, up to and including July

9    31, 2023, shall be excluded from computation of time within which the trial of this case must be

10   commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv)

11   [reasonable time for counsel to prepare] and General Order 479, (Local Code A and T4). It is

12   further ordered the  July 31, 2023 status conference shall be continued until October 16, 2023, at

13   9:00 a.m.

14   Dated:  July 27, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order to Continue Status
Conference

-3-