HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
POR JOUA VANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:19-cr-00148-WBS |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONVERT TRIAL CONFIRMATION HEARING TO A CHANGE OF PLEA AND TO VACATE TRIAL DATE** |
| vs. | ) |
| POR JOUA VANG, | ) Date: February 26, 2024 |
| Defendant. | ) Time: 9:00 a.m. |
|  | ) Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney James Conolly, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney for Por Joua Vang, that the trial confirmation hearing, currently scheduled for February 26, 2024, at 9:00 a.m., be converted to a change of plea hearing and the jury trial, currently scheduled for March 26, 2024 at 9:00 a.m., be vacated. Mr. Vang intends to enter an open plea.

///

///

///

///

///

///

Stipulation and Order to Vacate Trial and Set Change of Plea

-1-

Time has already been excluded through March 26, 2024 by previous order of this Court, so no further time exclusion is necessary at this time.

Respectfully submitted,

Dated: February 13, 2024

HEATHER E. WILLIAMS
Federal Defender

/s/ *Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
POR JOUA VANG

Dated: February 13, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ *James Conolly*
JAMES CONOLLY
Assistant U.S. Attorney
Attorney for Plaintiff

Stipulation and Order to Vacate Trial and Set Change of Plea

-2-

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The trial confirmation hearing scheduled for February 26, 2024, at 9:00 a.m. is hereby converted to a change of plea hearing and the jury trial set for March 26, 2024, at 9:00 a.m. is hereby vacated.

Dated:  February 14, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE