FILED
April 10, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>POR JOUA VANG<br><br>      Defendant. | Case No. 2:19-cr-0148 WBS<br><br>**TEMPORARY ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>POR JOUA VANG</u> Case No. <u>2:19-cr-0148 WBS</u> Charges <u>21 USC § 841(a)(1)</u> from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

            _____ Unsecured Appearance Bond $ _____

            _____ Appearance Bond with 10% Deposit

            _____ Appearance Bond with Surety

            _____ Corporate Surety Bail Bond

            _____ (Other): Por Joua Vang to be temporarily released on

           __X__ APRIL 15, 2024 at 9:00 AM. Por Joua Vang is to

            _____ return to custody on APRIL 16, 2024 by 9:00 AM.

Issued at Sacramento, California on April 10, 2024 at 3:31 PM

                                      By:   /s/ Carolyn K. Delaney

                                            Chief Magistrate Judge Carolyn K. Delaney