1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MIA CRAGER, #300172
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   Mia_Crager@fd.org
5
   Attorney for Defendant
6  POR JOUA VANG

7
8              IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | Case No.   2:19-cr-00148-WBS |
   |---|---|
12 | Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING AND MODIFY PRESENTENCE SCHEDULE |
13 | vs. | |
14 | POR JOUA VANG, | DATE:  October 7, 2024<br>TIME:   9:00 a.m.<br>JUDGE: Hon. William B. Shubb |
15 | Defendant. | |

17
18         IT IS HEREBY STIPULATED by and between the parties hereto through their
19 respective counsel, that the sentencing hearing scheduled for June 24, 2024, at 9:00 a.m. be
20 continued to **October 7, 2024, at 9:00 a.m.**
21         It is further requested that the PSR schedule be modified, as follows:
22

| | |
|---|---|
23 | Draft Presentence Report Due: | August 26, 2024 |
24 | Informal Objections to Presentence Report Due: | September 9, 2024 |
25 | Final Presentence Report Due: | September 16, 2024 |
26 | Formal Objections to Presentence Report Due: | September 23, 2024 |
27 | Reply or Statement of Non-Opposition Due: | September 30, 2024 |
28 | Judgment and Sentencing: | **October 7, 2024, 9:00 a.m.** |

| | |
|---|---|
| 1 | |
| 2 | Respectfully submitted, |
| 3   Dated: June 18, 2024 | HEATHER E. WILLIAMS |
| 4 | Federal Defender |
| 5 | /s/ *Mia Crager* |
|   | MIA CRAGER |
| 6 | Assistant Federal Defender |
|   | Attorney for Defendant |
| 7 | POR JOUA VANG |
| 8   Dated: June 18, 2024 | |
|   | PHILLIP A. TALBERT |
| 9 | United States Attorney |
| 10 | /s/ *James Conolly* |
|   | JAMES CONOLLY |
| 11 | Assistant U.S. Attorney |
|   | Attorney for Plaintiff |

Stipulation and Order to Continue Sentencing and Modify PSR Schedule

-2-

**O R D E R**

**IT IS HEREBY ORDERED** that the sentencing hearing previously set for June 24, 2024 is CONTINUED to **October 7, 2024, at 9:00 a.m.** The modified presentence schedule is further adopted as this Court's order.

Dated: June 20, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE