| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| 2 | Federal Defender |
|  | MIA CRAGER, #300172 |
| 3 | Assistant Federal Defender |
|  | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA  95814 |
|  | Tel: 916-498-5700/Fax 916-498-5710 |
| 5 | Mia_Crager@fd.org |
| 6 | Attorney for Defendant |
|  | POR JOUA VANG |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.   2:19-cr-00148-WBS |
| Plaintiff, | STIPULATION ANDORDER TO CONTINUE SENTENCING AND MODIFY PRESENTENCE SCHEDULE |
| vs. | |
| POR JOUA VANG, | DATE:  October 7, 2024 |
| Defendant. | TIME:    9:00 a.m. |
| | JUDGE: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the sentencing hearing scheduled for October 7, 2024, at 9:00 a.m. be continued to **March 10, 2025, at 9:00 a.m.** Probation has no objection to the new date.

It is further requested that the PSR schedule be modified, as follows:

| | |
|---|---|
| Draft Presentence Report Due: | January 27, 2025 |
| Informal Objections to Presentence Report Due: | February 10, 2025 |
| Final Presentence Report Due: | February 17, 2025 |
| Formal Objections to Presentence Report Due: | February 24, 2025 |
| Reply or Statement of Non-Opposition Due: | March 3, 2025 |
| Judgment and Sentencing: | March 10, 2025 |

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | Respectfully submitted, |
| 3 | Dated: October 2, 2024 | HEATHER E. WILLIAMS<br>Federal Defender |
| 4 | | |
| 5 | | /s/ *Mia Crager*<br>MIA CRAGER |
| 6 | | Assistant Federal Defender<br>Attorney for Defendant |
| 7 | | POR JOUA VANG |
| 8 | Dated: October 2, 2024 | PHILLIP A. TALBERT |
| 9 | | United States Attorney |
| 10 | | /s/ *James Conolly*<br>JAMES CONOLLY |
| 11 | | Assistant U.S. Attorney<br>Attorney for Plaintiff |

# **O R D E R**

**IT IS HEREBY ORDERED** that the sentencing hearing previously set for October 7, 2024 is CONTINUED to **March 10, 2025, at 10:00 a.m.**  The modified presentence schedule is further adopted as this Court's order.

Dated:  October 3, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE