UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
October 22, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

POR JOUA VANG

    Defendant.

Case No.  2:19-cr-0148 WBS

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release POR JOUA VANG Case No. 2:19-cr-0148 WBS  Charges 21 USC § 841(a)(1) from custody for the following reasons:

| | |
|---|---|
| ____ | Release on Personal Recognizance |
| ____ | Bail Posted in the Sum of $ _____ |
| ____ | Unsecured Appearance Bond $ _____ |
| ____ | Appearance Bond with 10% Deposit |
| ____ | Appearance Bond with Surety |
| ____ | Corporate Surety Bail Bond |
| x | (Other): Por Joua Vang to be temporarily released to the custody of Jamie Lee on NOVEMBER 4, 2024 at 8:30 AM. Por Joua Vang is to return to custody on NOVEMBER 4, 2024 by 8:30 PM. |

Issued at Sacramento, California on October 22, 2024 at 3:30 PM

    By:    /s/ Carolyn K. Delaney

            Chief Magistrate Judge Carolyn K. Delaney