HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, # 300172
Assistant Federal Defender
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
POR JOUA VANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:19-cr-00148-WBS |
| Plaintiff, | **ORDER FOR TEMPORARY RELEASE** |
| vs. | |
| POR JOUA VANG | |
| Defendant, | |

Upon consideration of Defendant Vang's unopposed motion for temporary release, IT IS HEREBY ORDERED that the motion is GRANTED.  Vang is temporarily released to the third-party custodian, Jaime Lee, who will transport Vang to and from Yuba County Jail located at 215 5th St, Marysville, CA 95901 for a family member's funeral at 6500 Freeport Blvd, Sacramento, CA 98522.

Vang shall be released at 8:30 a.m. on November 4, 2024, and return no later than 8:30 p.m. that same day.  While on release, Vang is ordered to remain in the care, custody and control, and within eyesight, of Jaime Lee.  Vang is further ordered to abide by all laws, and to not consume any alcohol or controlled substance, prescribed or not, during the period of temporary release.

Jaime Lee is directed to contact Pretrial Services and the United States Marshal

-1-

1   immediately at the phone numbers provided by defense counsel should any issue arise during the

2   release period.

3

4

5   Dated:  October 22, 2024

6   CAROLYN K. DELANEY
    UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28