1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MIA CRAGER, #300172
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   Mia_Crager@fd.org
5
   Attorney for Defendant
6  POR JOUA VANG

7
8              IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>POR JOUA VANG,<br><br>    Defendant. | Case No.   2:19-cr-00148-WBS<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING AND MODIFY PRESENTENCE SCHEDULE<br><br>DATE:  March 10, 2025<br>TIME:   10:00 a.m.<br>JUDGE: Hon. William B. Shubb |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the sentencing hearing scheduled for March 10, 2025, at 10:00 a.m. be continued to **June 16, 2025, at 10:00 a.m.**  The reason for the requested continuance is that defense counsel and needs more time to prepare for the pre-sentence interview and U.S. Probation will need sufficient time to draft the report, considering the backlog of cases.

   It is further requested that the PSR schedule be modified, as follows:

| | |
|---|---|
| Draft Presentence Report Due: | May 5, 2025 |
| Informal Objections to Presentence Report Due: | May 19, 2025 |
| Final Presentence Report Due: | May 27, 2025 |
| Formal Objections to Presentence Report Due: | June 2, 2025 |
| Reply or Statement of Non-Opposition Due: | June 9, 2025 |
| Judgment and Sentencing: | June 16, 2025, 10:00 a.m. |

The U.S. Probation Officer has no objection to these dates.

Respectfully submitted,

Dated: February 25, 2025          HEATHER E. WILLIAMS
                                  Federal Defender

                                  /s/ *Mia Crager*
                                  MIA CRAGER
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  POR JOUA VANG

Dated: February 25, 2025          MICHELE BECKWITH
                                  Acting United States Attorney

                                  /s/ *James Conolly*
                                  JAMES CONOLLY
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

## **O R D E R**

**IT IS HEREBY ORDERED** that the sentencing hearing previously set for March 10, 2025 is CONTINUED to **June 16, 2025, at 10:00 a.m.** The modified presentence schedule is further adopted as this Court's order.

Dated: February 25, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE