1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MIA CRAGER, #300172
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   Mia_Crager@fd.org
5
   Attorney for Defendant
6  POR JOUA VANG

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            Case No.   2:19-cr-00148-WBS

            Plaintiff,                 STIPULATION AND ORDER TO CONTINUE
12                                      SENTENCING AND MODIFY PRESENTENCE
                                        SCHEDULE
13 vs.

   POR JOUA VANG,                      DATE:   June 16, 2025
14                                      TIME:   10:00 a.m.
            Defendant.                 JUDGE: Hon. William B. Shubb
15

16

17

18         IT IS HEREBY STIPULATED by and between the parties hereto through their

19 respective counsel, that the sentencing hearing scheduled for June 16, 2025, at 10:00 a.m. be

20 continued to **August 11, 2025, at 10:00 a.m.**  The reason for the requested continuance is that

21 defense counsel needs more time to prepare for the pre-sentence interview.

22         It is further requested that the PSR schedule be modified, as follows:

23         Draft Presentence Report Due:                      June 30, 2025

24         Informal Objections to Presentence Report Due:     July 14, 2025

25         Final Presentence Report Due:                      July 21, 2025

26         Formal Objections to Presentence Report Due:       July 28, 2025

27         Reply or Statement of Non-Opposition Due:          August 4, 2025

28         Judgment and Sentencing:                           August 11, 2025, 10:00 a.m.

           The U.S. Probation Officer has no objection to these dates.

1

2                                     Respectfully submitted,

3    Dated: May 28, 2025              HEATHER E. WILLIAMS
                                      Federal Defender
4
                                      /s/ Mia Crager
5                                     MIA CRAGER
                                      Assistant Federal Defender
6                                     Attorney for Defendant
                                      POR JOUA VANG
7

8    Dated: May 28, 2025
                                      MICHELE BECKWITH
9                                     Acting United States Attorney

10                                    /s/ James Conolly
                                      JAMES CONOLLY
11                                    Assistant U.S. Attorney
                                      Attorney for Plaintiff
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

**O R D E R**

3

    **IT IS HEREBY ORDERED** that the sentencing hearing previously set for June 30,

4

2025 is CONTINUED to **August 11, 2025, at 10:00 a.m.**  The modified presentence schedule is

5

further adopted as this Court's order.

6

7

Dated:  May 28, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28