1 HEATHER E. WILLIAMS, #122664
Federal Defender
2 MIA CRAGER, #300172
Assistant Federal Defender
3 801 I Street, 3rd Floor
Sacramento, CA 95814
4 Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org
5
Attorney for Defendant
6 POR JOUA VANG

7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>POR JOUA VANG,<br><br>Defendant. | Case No.   2:19-cr-00148-WBS<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING AND MODIFY PRESENTENCE SCHEDULE<br><br>DATE:  August 11, 2025<br>TIME:   10:00 a.m.<br>JUDGE: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the sentencing hearing scheduled for August 11, 2025, at 10:00 a.m. be continued to **September 29, 2025, at 10:00 a.m.**  The Probation Office and Defense counsel have scheduled the PSR interview for early July and due to pre-scheduled vacations, September 29 was the first available date for sentencing.

It is further requested that the PSR schedule be modified, as follows:

| | |
|---|---|
| Draft Presentence Report Due: | August 18, 2025 |
| Informal Objections to Presentence Report Due: | September 1, 2025 |
| Final Presentence Report Due: | September 8, 2025 |
| Formal Objections to Presentence Report Due: | September 15, 2025 |
| Reply or Statement of Non-Opposition Due: | September 22, 2025 |
| Judgment and Sentencing: | September 29, 2025 |

1  The U.S. Probation Officer has no objection to these dates.

Dated: June 23, 2025

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ *Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
POR JOUA VANG

Dated: June 23, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ *James Conolly*
JAMES CONOLLY
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS HEREBY ORDERED** that the sentencing hearing previously set for August 11, 2025 is CONTINUED to **September 29, 2025, at 10:00 a.m.**  The modified presentence schedule is further adopted as this Court's order.

Dated:  June 23, 2025

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE