HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
MEGAN T. HOPKINS, #294141
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
POR VANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.   2:19-cr-00148-WBS |
| Plaintiff, | **ORDER REDACTING TRANSCRIPT AT DOCKET NO. 86** |
| vs. | |
| POR VANG, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the transcript at Docket no. 86 be redacted as follows:

Page 32, lines 21-24;

Page 33, lines 10-20;

Page 33, beginning on line 22 with the words "If he had" and all of line 23; and

Page 36, line 25 through page 37 line 1.

These redactions shall be made before the transcript becomes publicly available.  *See* E.D. Cal.

Judicial Conference Policy with Regard to the Availability of Transcripts of Court Proceedings.

Dated:  July 31, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE