HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95823
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
POR JOUA VANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>POR JOUA VANG<br><br>            Defendants. | Case No. 2:19-cr-000148-WBS<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE<br><br>Date: December 1, 2025<br>Time: 10:00 a.m. |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney James Conolly, counsel for plaintiff, Assistant Federal Defender Megan T. Hopkins, counsel for defendant Por Joua Vang, that the sentencing hearing in this matter be continued **December 1, 2025, at 10:00 a.m.**

The continuance is requested to permit the parties additional time to affirm Mr. Vang's eligibility for safety valve, which will impact his sentencing exposure in this case, as well as the guideline calculation in the PSR. The parties further stipulate that the disclosure schedule be modified as follows to permit additional time for the completion of a revised presentence report (PSR). The probation officer has approved of the following revised schedule:

Informal Objections and Provision of Any New Information to Probation by 11/3/2025

Revised Final PSR on 11/10/2025

Formal Objections by 11/17/2025

Sentencing Memoranda/Replies by 11/24/2025

Mr. Vang has had a change in counsel due to family leave taken by his prior counsel, and new counsel has needed additional time to review discovery and become familiar with the case. In the course of that review, new counsel has identified the need to address outstanding requirements for safety valve eligibility, and requires additional time to do so. Given the amount of time built in to the modified schedule, the parties do not anticipate requesting any further continuance of the sentencing hearing. Therefore, it is the request of the parties that the Court grant the requested continuance and modify the disclosure schedule as set forth above.

Dated: September 8, 2025                          Respectfully submitted,

                                                  HEATHER E. WILLIAMS
                                                  Federal Public Defender

                                                  */s/ Megan T. Hopkins*
                                                  MEGAN T. HOPKINS
                                                  Assistant Federal Defender
                                                  Attorney for Defendant
                                                  POR JOUA VANG


                                                  ERIC GRANT
                                                  United States Attorney

Dated: September 8, 2025                           */s/ James Conolly*
                                                  JAMES CONOLLY
                                                  Assistant United States Attorney
                                                  Attorney for Plaintiff

# **O R D E R**

**IT IS HEREBY ORDERED** that the sentencing hearing is continued to **December 1, 2025, at 10:00 a.m.** It is further ordered that the presentence schedule be modified as set forth above.

Dated: September 11, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE