HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95823
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
POR JOUA VANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>POR JOUA VANG<br><br>          Defendants. | Case No.  2:19-cr-000148-WBS<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE<br><br>Date:   March 16, 2026<br>Time:   10:00 a.m. |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney James Conolly, counsel for plaintiff, Assistant Federal Defender Megan T. Hopkins, counsel for defendant Por Joua Vang, that the sentencing hearing in this matter be continued **March 16, 2026, at 10:00 a.m.**

The continuance is requested to permit the parties additional time needed to meet and confer with the goal of affirming Mr. Vang's eligibility for safety valve. It may be the case that additional information is needed in the form of a proffer or debrief in order to satisfy the government that the fifth prong of the safety valve requirements has been met, and the parties will need time to arrange this given Mr. Vang's detention at a remote facility.  Resolving the safety valve issue is critical prior to sentencing, as it will dramatically impact his sentencing

1  exposure in this case, as well as the guideline calculation in the PSR. Therefore, the parties agree

2  that it is in the interest of justice to continue the sentencing hearing one final time.

3  The parties further stipulate that the disclosure schedule be modified as follows to permit

4  additional time for the completion of a revised presentence report (PSR) once the safety valve

5  issue has been resolved. The probation officer has approved of the following revised schedule:

Informal Objections / Any New Information to Probation by February 9, 2026
Revised Final PSR on February 17, 2026
Formal Objections by March 2, 2026
Sentencing Memoranda/Replies by March 9, 2026

Both the United States Attorney's Office and the Office of the Federal Defender have been significantly impacted by budget issues, staffing issues and limitations on hiring, and the recent government shutdown, which have contributed to the delay in resolving outstanding sentencing issues in this case. The parties are working diligently to ensure that no further continuance is needed in this matter. Therefore, it is the request of the parties that the Court grant the requested continuance and modify the disclosure schedule as set forth above, to ensure that the Court has full and accurate information to consider at the time of sentencing.

Dated: November 21, 2025                    Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Public Defender

                                            */s/ Megan T. Hopkins*
                                            MEGAN T. HOPKINS
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            POR JOUA VANG


                                            ERIC GRANT
                                            United States Attorney

Dated: November 21, 2025                     */s/ James Conolly*
                                            JAMES CONOLLY
                                            Assistant United States Attorney
                                            Attorney for Plaintiff

*United States v. Por Joua Vang*
 Stipulation to Continue Sentencing Hearing
 And Modify PSR Schedule

-2-

**O R D E R**

**IT IS HEREBY ORDERED** that the sentencing hearing is continued to **March 16, 2026, at 10:00 a.m.** It is further ordered that the presentence schedule be modified as set forth above.

Dated: November 24, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE