HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
POR JOUA VANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>POR JOUA VANG,<br><br>    Defendant. | Case No.   2:19-cr-00148-WBS<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING AND SET MOTION HEARING AND BRIEFING SCHEDULE<br><br>DATE:  March 16, 2026<br>TIME:   10:00 a.m.<br>JUDGE: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the sentencing hearing scheduled for March 16, 2026, at 10:00 a.m. be continued to **March 23, at 10:00 a.m.**  The reason for the requested continuance is to allow time for a briefing schedule on the motion filed at docket no. 98 and to allow probation to issue an updated presentence report.  The parties agree that the motion should be resolved before sentencing, however if the motion is denied, the parties have no objection to proceeding with sentencing at the same hearing.  It is requested that the briefing schedule be as follows:

///

///

///

///

Gov't Opp Due:                                    March 16, 2026 at noon

Defense Reply Due:                                March 18, 2026

Respectfully submitted,

Dated: March 5, 2026              HEATHER E. WILLIAMS
                                 Federal Defender

                                 /s/ *Mia Crager*
                                 MIA CRAGER
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 POR JOUA VANG

Dated: March 5, 2026

                                 ERIC GRANT
                                 United States Attorney

                                 /s/ *James Conolly*
                                 JAMES CONOLLY
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

Stipulation and Order to Continue Sentencing and Set Hrg &       -2-
Briefing Schedule

# O R D E R

**IT IS HEREBY ORDERED** that the sentencing hearing previously set for March 16, 2026, at 10:00 a.m. be continued to a date and time to be set after the court's ruling on the motion for recusal (Docket No. 98).  The briefing schedule for the motion at docket no. 98 shall be as follows:

| | |
|---|---|
| Gov't Opp Due: | March 16, 2026 at 12:00 p.m. |
| Defense Reply Due: | March 18, 2026 |
| Hearing | March 23, 2026 at 10:00 a.m. |

Dated:  March 5, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Sentencing and Set Hrg &
Briefing Schedule