HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
POR VANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:19-cr-00148-WBS |
| Plaintiff, | **SEALING ORDER** |
| vs. | |
| POR VANG, | Judge: William B. Shubb |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Request to Seal Attachment 3 to Mr. Vang's motion for recusal be granted in accordance with the Court's previous sealing order at Docket Entry no. 90.

The document shall remain under seal until further Order of the Court.

Dated:  March 12, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Order to Seal                                    -1-                    *United States v. Vang,* 2:19-cr-00148-WBS