HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
POR VANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:19-cr-00148-WBS |
| Plaintiff, | ) | |
| vs. | ) | **SEALING ORDER** |
| POR VANG, | ) | Judge: William B. Shubb |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the Request to Seal Exhibits A and B to Mr. Vang's sentencing memorandum be granted so that this sensitive personal and health information is not available on the public docket. The records are to be provided to the Court and Government counsel.

These documents shall remain under seal until further Order of the Court.

Dated: April 15, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Proposed Order to Seal                    -1-                    *United States v. Vang,* 2:19-cr-00148-WBS